IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDY S. BULL,

    Petitioner,

-vs-

WARDEN GREG GOSSETT,

    Respondent.                  No. 13-cv-261-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 9, 2015 (Doc. 18), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and **DISMISSED with prejudice**.  The Court further **DENIES** Petitioner a Certificate of Appealability.

                        JUSTINE FLANAGAN,
                        ACTING CLERK OF COURT


                        BY:  s/*Caitlin Fischer*
                            Deputy Clerk

**DATED:** March 10, 2015

Digitally signed by
David R. Herndon
Date: 2015.03.10
10:04:09 -05'00'

**APPROVED:**
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT